# EXHIBIT B

# State Court Notice of Filing Notice of Removal

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF EDGEFIELD | ) | C/A NO.: 2023-CP-1900010 |

| | |
|---|---|
| TITAN FARMS, LLC, CARR FARMS, INC., TITAN PEACH FARMS, INC., CHALMERS CARR and LORI ANNE CARR, | ) ) ) ) |
| Plaintiffs, | ) **DEFENDANT'S NOTICE OF FILING NOTICE** |
| | ) **OF REMOVAL IN FEDERAL COURT** |
| v. | ) |
| | ) |
| PGIM REAL ESTATE FINANCE, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

PLEASE TAKE NOTICE that as of February 10, 2023, Defendant PGIM Real Estate Finance LLC ("PGIM") has removed the above-captioned action to the United States District Court for the District of South Carolina, Greenwood Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. A copy of the *Notice of Removal* as filed with the U.S. District Court is attached hereto as "**Exhibit A**." Unless remanded by the U.S. District Court, this Court's jurisdiction over the instant litigation has terminated and no further proceedings shall follow.

Respectfully submitted this 10th day of February 2023.

         *s/Wade S. Kolb, III*
         Wade S. Kolb, III (SC Bar No. 100379)
         WYCHE, P.A.
         P.O. Box 728
         Greenville, SC 29602-0728
         Phone: 864-242-8200
         Facsimile: 864-235-8900
         Email: wkolb@wyche.com

         *Counsel for PGIM Real Estate Finance LLC*

1